THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* NICHOLAS FREENEY, Appellant.

*Crimes — criminally receiving stolen property — judgment of conviction affirmed.*

*People* v. *Freeney*, 201 App. Div. 874, affirmed.

(Argued October 12, 1923; decided October 26, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 8, 1923, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property.

*George B. Doyle* and *Thomas L. Newton* for appellant.

*Guy B. Moore,* District Attorney (*W. Bartlett Sumner* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J., and POUND, J.